374 A.2d 714

Commonwealth v. Westwood, Appellant.

Argued April 13, 1977. Gary P. Caruso, with him Shire,

Bergstein & Caruso, for appellant; Fred J. Sentner, Assistant District Attorney, with him Jess D. Costa, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.